IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MALACHI ALLEN**                                                              **PLAINTIFF**
**ADC #180377**

v.                                         Case No: 4:25-cv-01093-JM

**ADAM CLARK,** *et al.*                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 3rd day of December, 2025.

                                                                   UNITED STATES DISTRICT JUDGE